# UNITED STATES DISTRICT COURT
## for the Southern District of the Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:11-cr-83-TWP-MJD-01 |
| Charles T. Black | ) | USM No. 10055-028 |
| | | |
| | | Mario Garcia |
| Date of Previous Judgment: 01/23/2013 | | Defendant's Attorney |

**Order for Sentence Reduction Pursuant to Section 603(b) of the First Step Act of 2018**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the attorney for the Government, or ☐ the Court for a modification of the imposed term of imprisonment based on the provisions of Compassionate Release, pursuant to 18 U.S.C. § 3582(c), having considered such motion, and taking into account the First Step Act of 2018, the factors set forth in § 3553(a), and applicable policy statements issued by the Sentencing Commission,

**IT IS ORDERED** that the motion is:

☐ DENIED ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **180 months is reduced to Time Served as of August 10, 2020**.

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

Previous Sentence Imposed: **180 months**   Amended Sentence: **Time Served as of August 10, 2020**
Supervised Release Term Imposed: **5 years**   Amended Supervised Release Term: **5 years**

**II. SENTENCE RELATIVE TO AMENDED TERMS:**

☐ Conditions of supervised release set forth in judgment are to remain in effect.
☒ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

    1. Because he is being released from a facility with active COVID-19 cases, immediately upon release, Mr. Black is ORDERED to home quarantine for a minimum of 14 days.

    2. Mr. Black is further ORDERED to comply with any further period of quarantine directed by medical staff and/or any state or local health authority.

    3. The first year of Mr. Black's supervised release will be served under conditions of home detention with GPS monitoring with permission to leave his residence for employment and medical and other necessary reasons upon approval from his probation officer's approval.

**III. ADDITIONAL COMMENTS:**

The Court finds that the defendant has exhausted all administrative rights to appeal with the Bureau of Prisons. And, there are extraordinary and compelling reasons that warrant this reduction.

Charles T. Black
Page 2
First Step Act of 2018

Except as provided above, all provisions of the judgment dated 01/23/2013 shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  8/10/2020

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Mario Garcia
BRATTAIN MINNIX GARCIA
mario@bmgindy.com

Barry D. Glickman
UNITED STATES ATTORNEY'S OFFICE
barry.glickman@usdoj.gov

Brian L. Reitz
UNITED STATES ATTORNEY'S OFFICE
brian.reitz@usdoj.gov

United States Probation Office

United States Marshals Service